**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 910
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
TIMOTHY J. GONZALES, STATE BAR NO. 234923
tg@brockgonzales.com
LEE A. CIRSCH, STATE BAR NO. 227668
lc@brockgonzales.com
SEAN T. COOK, STATE BAR NO. 318952
sc@brockgonzales.com

**Attorneys for Plaintiff**
AMY GOLINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GOLINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELLSWORTH CORPORATION, a Wisconsin Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 8:19-cv-01907-JLS-ADS**<br>Judge: Hon. Josephine L. Staton<br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

1   The parties to this action, acting through counsel, pursuant to Federal Rule of

2   Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated

3   settlement agreement executed by them, to the Dismissal With Prejudice of this

4   Action, including any and all claims and counterclaims stated herein against all

5   parties, with each party to bear its own attorneys' fees and costs.

6

7   **IT IS SO STIPULATED.**

8

9   DATED:      December 16, 2019     BROCK & GONZALES, LLP

10

11

12                                   By:    __/s/ Sean T. Cook_____

13                                        TIMOTHY J. GONZALES

14                                        LEE A. CIRSCH

15                                        SEAN T. COOK

16                                        Attorneys for Plaintiff

17

18   DATED:      December 16   , 2019   KULUVA, ARMIJO, & GARCIA

19

20

21                                   By:  _____

22

23                                        ANTOINETTE TUTT

24                                        Attorney for Defendants

25

26

27

28

2

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**