**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 910
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
TIMOTHY J. GONZALES, STATE BAR NO. 234923
tg@brockgonzales.com
LEE A. CIRSCH, STATE BAR NO. 227668
lc@brockgonzales.com
SEAN T. COOK, STATE BAR NO. 318952
sc@brockgonzales.com

**Attorneys for Plaintiff**
AMY GOLINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AMY GOLINI, an individual,

    Plaintiff,

vs.

ELLSWORTH CORPORATION, a Wisconsin Corporation; and DOES 1-50, inclusive,

    Defendants.

**Case No.: 8:19-cv-01907-JLS-ADS**
Judge: Hon. Josephine L. Staton

**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

1

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2019                              _____

                                                                          Hon. Josephine L. Stanton
                                                                          United States District Judge